

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| AARON HERRERA, | § | No. 08-21-00082-CR |
| Appellant, | § | Appeal from the |
| v. | § | 38th District Court |
| THE STATE OF TEXAS, | § | of Real County, Texas |
| State. | § | (TC# 2015-1242-DR) |
| | § | |

# **O R D E R**

The reporter's record was due to be fled on August 9, 2021 after having granted a third request for extension of time to file until such date, and none has been filed.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal, whether Appellant has been deprived of a reporter's record, and whether Appellant is entitled to appointment of new counsel or has been deprived of effective assistance of counsel. The trial court shall forward its findings to the District Clerk of Real County, Texas, on or before September 12, 2021. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before September 22, 2021, 2021. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before September 22, 2021.

IT IS SO ORDERED this 23rd day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.